IT IS SO ORDERED
Judge James Ware

| | |
|---|---|
| 1  COUGHLIN STOIA GELLER<br>      RUDMAN & ROBBINS LLP<br>2  TRAVIS E. DOWNS III (148274)<br>    JAMES I. JACONETTE (179565)<br>3  BENNY C. GOODMAN III (211302)<br>    655 West Broadway, Suite 1900<br>4  San Diego, CA  92101<br>    Telephone:  619/231-1058<br>5  619/231-7423 (fax)<br>    travisd@csgrr.com<br>6  jamesj@csgrr.com<br>    bgoodman@csgrr.com<br>7         – and –<br>    SHAWN A. WILLIAMS (213113)<br>8  SUZANNE H. KAPLAN (247067)<br>    100 Pine Street, Suite 2600<br>9  San Francisco, CA  94111<br>    Telephone:  415/288-4545<br>10  415/288-4534 (fax)<br>    swilliams@csgrr.com<br>11  shkaplan@csgrr.com | SCHIFFRIN BARROWAY TOPAZ<br>   & KESSLER LLP<br>ERIC L. ZAGAR<br>ROBIN WINCHESTER<br>SANDRA G. SMITH<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610/667-7706<br>610/667-7056 (fax)<br>ezagar@sbtklaw.com<br>rwinchester@sbtklaw.com<br>ssmith@sbtklaw.com |

12  Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ALTERA CORP. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Master File No. C-06-03447-JW<br><br>NOTICE OF VOLUNTARY DISMISSAL |

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD PLEASE TAKE NOTICE

2     WHEREAS, Plaintiff Michael Nakhimovsky, on May 26, 2006, filed a Shareholder
3  Derivative Complaint in the United States District Court for the Northern District of California,
4  captioned *Nakhimovsky v. Berlan*, No. 5:06-cv-03447-JW (the "*Nakhimovsky* Action");

5     WHEREAS, Plaintiff LA Murphy, on June 1, 2006, filed a Shareholder Derivative
6  Complaint in the United States District Court for the Northern District of California, captioned
7  *Murphy v. Daane*, Case No. 5:06-CV-03520-JW (the "*Murphy* Action");

8     WHEREAS, Plaintiff Wayne County Employees' Retirement System, on July 17, 2006, filed
9  a Shareholder Derivative Complaint in the United States District Court for the Northern District of
10 California, captioned *Wayne County Employees' Retirement System v. Daane*, Case No. CV 06-
11 4352-RMW (the "*Wayne County* Action");

12    WHEREAS, Plaintiff Alaska Electrical Pension Fund, on June 22, 2006, filed a Shareholder
13 Derivative Complaint in the United States District Court for the Northern District of California,
14 captioned *Alaska Electrical Pension Fund v. Daane*, Case No. CV 06-03895-PVT (the "*Alaska
15 Pension* Action");

16    WHEREAS, on August 7, 2006, this Court issued an Order consolidating the *Nakhimovsky*,
17 *Murphy*, *Wayne County* and *Alaska Pension* Actions for all purposes under the caption *In re Altera
18 Corp. Derivative Litig.*, Case No. 5:06-CV-03447-JW;

19    WHEREAS, on October 3, 2006, this Court issued an Order appointing Alaska Electrical
20 Pension Fund, Wayne County Employees' Retirement System, Benjamin Savin, and Michael
21 Nakhimovsky as Co-Lead Plaintiffs;

22    WHEREAS, on November 30, 2006, Lead Plaintiffs filed the Consolidated Verified
23 Shareholders Derivative Complaint;

24    WHEREAS, on May 15, 2008, this Court issued an Order Dismissing Lead Plaintiffs'
25 Consolidated Complaint With Leave to Amend;

26    WHEREAS, on June 16, 2008, Lead Plaintiffs filed the First Amended Consolidated
27 Shareholders Derivative Complaint ("First Amended Consolidated Complaint");

28

1  WHEREAS, on July 15, 2008, Altera Corporation filed a Motion to Dismiss Plaintiffs' First Amended Consolidated Verified Shareholders Derivative Complaint for Lack of Standing;

3  WHEREAS, Lead Plaintiffs, through their counsel of record and pursuant to Fed. R. Civ. P. 23.1 and 41(a), hereby voluntarily dismiss the case of *In re Altera Corp. Derivative Litigation*, Case No. 5:06-CV-03447-JW; and

6  WHEREAS, the parties agree that they will each bear their own fees and costs.

7  NOW, THEREFORE, NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 23.1 and 41(a), Lead Plaintiffs voluntarily dismiss the First Amended Consolidated Complaint without prejudice.

DATED: September 15, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
JAMES I. JACONETTE
BENNY C. GOODMAN III

                s/ Benny C. Goodman III
               BENNY C. GOODMAN III

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
SUZANNE H. KAPLAN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
SANDRA G. SMITH
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

1    I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this *PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL*. In compliance with General Order 45,
2    X.B., I hereby attest that Mark D. Gursky has concurred in this filing.

3    DATED: September 15, 2008           MORRISON & FOERSTER LLP
                                          JORDAN ETH
4                                         CRAIG D. MARTIN
                                          MARK D. GURSKY
5

6
                                                    s/ Mark D. Gursky
7                                                  MARK D. GURSKY

8                                         425 Market Street
                                          San Francisco, CA  94105-2482
9                                         Telephone:  415/268-7000
                                          415/268-7522 (fax)
10
                                          MORRISON & FOERSTER LLP
11                                        ANNA ERICKSON WHITE
                                          755 Page Mill Road
12                                        Palo Alto, CA  94304-1018
                                          Telephone:  650/813-5600
13                                        650/494-0792 (fax)

14                                        Attorneys for Nominal Defendant ALTERA
                                          CORPORATION
15

16   I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this *PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL*. In compliance with General Order 45,
17   X.B., I hereby attest that George H. Brown has concurred in this filing.

18   DATED: September 15, 2008           GIBSON DUNN & CRUTCHER LLP
                                          GEORGE H. BROWN
19

20
                                                    w/ George H. Brown
21                                                 GEORGE H. BROWN

22                                        1881 Page Mill Road
                                          Palo Alto, CA  94304
23                                        Telephone:  650/849-5339
                                          650/849-5039 (fax)
24
                                          Attorneys for NATHAN M. SARKISIAN
25

26

27

28

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL - C-06-03447-JW                    - 3 -

1  I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this *PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL*. In compliance with General Order 45, X.B., I hereby attest that Henry W. Asbill has concurred in this filing.

DATED: September 15, 2008          DEWEY & LEBOEUF LLP
                                   HENRY W. ASBILL
                                   KERRI L. RUTTENBERG


                                          s/ Henry W. Asbill
                                   HENRY W. ASBILL

                                   1101 New York Avenue, N.W., Suite 1100
                                   Washington, DC  20005
                                   Telephone:  202/986-8000
                                   202/986-8102 (fax)

                                   TODD L. PADNOS
                                   DEWEY & LEBOEUF LLP
                                   One Embarcadero Center, Suite 400
                                   San Francisco, CA  94111-3619
                                   Telephone:  415/951-1100
                                   415/951-1180 (fax)

                                   Attorneys for C. WENDELL BERGERE

   IT IS SO ORDERED.

   This Order terminates Docket Item Nos. 138, 142.  The Clerk shall close this file.

   Dated:  September 18, 2008       _____
                                    JAMES WARE
                                    United States District Judge